IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. |
| ALKEM LABORATORIES LTD.; THE PHARMA NETWORK, LLC; and ASCEND LABORATORIES, LLC, | ) ) ) ) ) | |
| Defendants. | | |

## MEDICIS PHARMACEUTICAL CORPORATION'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Medicis Pharmaceutical Corporation ("Medicis") hereby states that (i) Medicis is a publicly traded corporation; (ii) Medicis does not have any parent corporation; and (iii) Blackrock, Inc. and its affiliates own 10% or more of Medicis's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Medicis Pharmaceutical Corporation*

OF COUNSEL:

Nicholas Groombridge
Jennifer H. Wu
Josephine Young
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

December 5, 2012

6789473