IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 12-1663-LPS ) |
| ALKEM LABORATORIES LTD., THE PHARMA NETWORK, LLC, and ASCEND LABORATORIES, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**MEDICIS PHARMACEUTICAL CORPORATION'S
<u>AMENDED RULE 7.1 STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Medicis Pharmaceutical Corporation ("Medicis") hereby states that Medicis is a wholly-owned subsidiary of Valeant Pharmaceuticals International, Inc. ("Valeant"). Valeant, a publicly held corporation, acquired Medicis on December 11, 2012.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Medicis Pharmaceutical Corporation*

OF COUNSEL:

Nicholas Groombridge
Jennifer H. Wu
Josephine Young
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

January 14, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 14, 2013, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200 | *VIA ELECTRONIC MAIL* |
| William A. Rakoczy<br>Peter J. Curtin<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard St., Suite 500<br>Chicago, IL 60654<br>(312) 222-7229 | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)