IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>ALKEM LABORATORIES LTD,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 12-1663-LPS<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Alkem Laboratories Ltd. shall move, answer or otherwise respond to Plaintiffs' Complaint is extended through and including April 22, 2013.

Dated: February 25, 2013

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| */s/ Karen Jacobs Louden* | */s/ John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014) | John C. Phillips, Jr. (#110) |
| Karen Jacobs Louden (#2881) | Megan C. Haney (#5016) |
| 1201 North Market Street | 1200 North Broom Street |
| Wilmington, DE 19899 | Wilmington, DE 19806 |
| (302) 658-9200 | (302) 655-4200 |
| jblumenfeld@mnat.com | jcp@pgslaw.com |
| klouden@mnat.com | mch@pgslaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this ___ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE